STATE OF NEW JERSEY v. JUDE A. LUONGO.

April 15, 1981.

Petition for certification denied.

IN THE MATTER OF THE TENURE HEARING OF LOUIS
CIRANGLE, SCHOOL DISTRICT OF THE BOROUGH OF
MAYWOOD, BERGEN COUNTY, NEW JERSEY.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW D'AMBROSIA.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD A. LYNCH.

April 15, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 107)